nied.

No. 88–352. HUMPHREY, UNITED STATES SENATOR, ET AL. *v.* BRADY, SECRETARY, DEPARTMENT OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–367. RUGGIANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–374. RUGGIERO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–380. BOSTON *v.* NELSON. Int. Ct. App. Haw. Certiorari denied.

No. 88–394. ANSELL ET AL. *v.* SHANNON. Sup. Ct. Colo. Certiorari denied.

No. 88–400. LOCAL 17 OF THE UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 88–401. FIORILLA *v.* UNITED STATES; and
No. 88–467. FIORILLA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–406. COLE, PERSONAL REPRESENTATIVE OF THE ESTATE OF EISENHUT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–459. ANDERSON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–464. RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–468. CHARLTON *v.* ENTERPRISE LEASING CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–518. CHANG AN-LO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–522. NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY, INC., PENSION FUND ET AL.